FILED

JUN 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard J. Warburg, Bar No. 155223
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 847-6700
Facsimile:   (858) 792-6773

Attorneys For Plaintiff, Lextron Systems, Inc.

David T. Pritikin (admitted *pro hac vice*)
Richard A. Cederoth (admitted *pro hac vice*)
Douglas I. Lewis (admitted *pro hac vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile:   (312) 853-7036

Isabella E. Fu (SBN 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052-6399
Telephone: (425) 722-4846
Facsimile:  (425) 869-1327

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lextron Systems, Inc. | Case No. CV 04-00588-VRW |
| Plaintiff, | Assigned to: |
| v. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| Microsoft Corporation, | |
| Defendant. | |

Pursuant to the Federal Rules of Civil Procedure, plaintiff Lextron Systems, Inc. ("Lextron") and defendant Microsoft Corporation ("Microsoft"), the parties hereto, by their undersigned counsel, stipulate to the dismissal with prejudice of the above-captioned case.

Lextron and Microsoft will each bear its own costs and expenses in connection with

the above-captioned case.

Dated this 24th day of June 2005.

PLAINTIFF, LEXTRON SYSTEMS, INC.

By: _____
Name:
FOLEY & LARDNER, ATTORNEYS FOR
PLAINTIFF, LEXTRON SYSTEMS, INC.

Dated this 24th day of June 2005

DEFENDANT, MICROSOFT CORPORATION

By: _____
Richard A. Cederoth
SIDLEY AUSTIN BROWN & WOOD LLP
ATTORNEYS FOR DEFENDANT,
MICROSOFT CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____
HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT
JUDGE

2
STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
Case No. CV 04-00588-VRW